FILED
August 26, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANGEL RAFAEL ORTIZ-LOPEZ,<br><br>    Defendant. | Case No. 2:25-cr-00099-DC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>ANGEL RAFAEL ORTIZ-LOPEZ</u>, Case No. <u>2:25-cr-00099-DC</u>, Charge <u>8 USC § 1326(a) and (b)(2)</u>, from custody for the following reasons:

<u>  X  </u>   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____       Unsecured Appearance Bond $ _____

_____       Appearance Bond with 10% Deposit

_____       Appearance Bond with Surety

_____       Corporate Surety Bail Bond

_____       (Other):

<u>     </u>   Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 26, 2025, at 3:00 PM.

By: _____
Magistrate Judge Allison Claire