UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL RAFAEL ORTIZ-LOPEZ,<br><br>Defendant. | No. 2:25-cr-00099-DC-1<br><br>ORDER DENYING GOVERNMENT'S MOTION FOR STAY OF RELEASE ORDER AND MOTION FOR REVOCATION OF MAGISTRATE JUDGE'S COURT ORDER AUTHORIZING PRETRIAL RELEASE<br><br>(Doc. No. 8) |

    This matter is before the court on the Government's motion for a stay of the magistrate judge's release order and motion to revoke the magistrate judge's order authorizing pretrial release of Defendant. (Doc. No. 8.) For the reasons explained below, the Government's motions will be denied.

    On August 26, 2025, Defendant Angel Rafael Ortiz-Lopez appeared before Magistrate Judge Allison Claire for arraignment proceedings. (Doc. No. 10.) The court has obtained and reviewed an audio recording of those arraignment proceedings.[1]

    At the hearing, the Government requested the court hold a detention hearing because Defendant posed a serious risk of flight and should therefore be detained pending trial. Defendant

---

[1] The court obtained the audio recording from its Electronic Court Reporter Operator ("ECRO") system.

1 opposed the Government's request. The magistrate judge found the Government did not meet its
2 burden in demonstrating Defendant posed a serious risk of flight and concluded there was no
3 basis to hold a detention hearing.
4       The Government thereafter requested that the magistrate judge stay the order of release
5 pending the district court's ruling on its forthcoming motion for revocation of release. The
6 magistrate judge informed the Government that because there was no basis to hold a detention
7 hearing, even temporarily detaining Defendant pending a motion for revocation would be
8 unconstitutional. Ultimately, the magistrate judge ordered Defendant released on his own
9 recognizance, with Pretrial Service supervision and under certain special conditions of release.
10 (Doc. Nos. 10, 13.)
11       That same day, the Government filed the pending motions for a stay of the magistrate
12 judge's release order and for revocation of the magistrate judge's order authorizing pretrial
13 release. (Doc. No. 8.) Defendant filed his opposition to the Government's motions on the same
14 day. (Doc. No. 9.) On August 27, 2025, the Government filed a case status update to inform the
15 court that following the magistrate judge's pretrial release order, Defendant was transferred to
16 U.S. Immigration and Customs Enforcement custody pending removal proceedings. (Doc. No.
17 14.)
18       "If a person is ordered released by a magistrate judge . . . the attorney for the Government
19 may file, with the court having original jurisdiction over the offense, a motion for revocation of
20 the order or amendment of the conditions of release." 18 U.S.C. § 3145(a). A district court
21 reviews a magistrate judge's detention order *de novo*, without any deference to the magistrate
22 judge's factual findings. *United States v. Koenig*, 912 F.2d 1190, 1192–3 (9th Cir. 1990).
23       The court has conducted a *de novo* review and has considered the audio recording of the
24 arraignment proceedings held on August 26, 2025, the August 26, 2025 Pretrial Services Report,
25 the Government's motions and case status update, and Defendant's opposition thereto. (Doc. Nos.
26 8, 9, 14.) For the same reasons stated by the magistrate judge on the record at the arraignment
27 hearing and by Defendant in his opposition to the Government's motions, the court finds the
28 Government has failed to meet its burden to demonstrate Defendant is a serious flight risk such

that a detention hearing is warranted pursuant to 18 U.S.C. § 3142(f)(2)(A). (Doc. Nos. 8, 9.)

Accordingly, the Government's motion for revocation of the magistrate judge's order authorizing pretrial release (Doc. No. 8) is DENIED and the Government's motion for a stay of the magistrate judge's release order is DENIED (Doc. No. 8) as having been rendered moot by this order.

IT IS SO ORDERED.

Dated: __August 27, 2025__

_____
Dena Coggins
United States District Judge

3