ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-0099 DC |
| Plaintiff, | ORDER FOR DISMISSAL OF INDICTMENT |
| v. | [Fed. R. Crim. P. 48(a)] |
| ANGEL RAFAEL ORTIZ-LOPEZ | |
| Defendant. | |

**ORDER**

The court has received, read and considered the United States' Motion for Dismissal of Indictment filed at document number 20. Good cause appearing, the court ORDERS the Indictment in case number 2:25-cr-0099 DC, filed on April 17, 2025, be DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:  **September 15, 2025**

Dena Coggins
United States District Judge

1